AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF ____Delaware____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

~~[REDACTED]~~, Dagsboro DE 19939
described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06-90 MPT

REDACTED

TO: SA David B. Yeary, ICE ____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SA David B. Yeary, ICE ____ who has reason to
                                          Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

~~[REDACTED]~~ Dagsboro DE 19939, described more particularly on Attachment A


in the _____ District of __Delaware_____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B



I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-
erty seized and promptly return this warrant to _____
as required by law.  You are further authorized to comply with   U.S. Judge or Magistrate
the conditions of Attachment C.

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8/6/06 2:55 p.m.                                at    Wilmington, DE
Date and Time Issued                                  City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                        [signature] Mary Pat Thynge
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8-9-06 | 8-15-06  0930 | Milton Derrickson |

INVENTORY MADE IN THE PRESENCE OF

Milton Derrickson

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Refer to Attached Sheet

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     8/23/06
U.S. Judge or Magistrate      Date



DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

CASE NUMBER
W-107QR06WH0003

INVENTORY LOG

Immigration and Customs Enforcement
Department of Homeland Security

| ENTS ITIALS | LOCATION OF ITEM | DESCRIPTION OF MERCHANDISE | Page 1 of 1 |
|---|---|---|---|
| ST | ROOM G - BEDROOM | One Black Alienware Box Computer Tower, Model # AREA51, Acct # AW-PC- ███████ | |
| ST | ROOM I - ATTIC | One Compaq Computer Tower, Serial # ███████████████, Series CM1000 | |
| ST | ROOM G - BEDROOM | Four CD's, One 3.5 Hard Disc, Miscellaneous Documents | |

Kathleen Jury ICE/SA
David Jury ICE/SA

## ATTACHMENT A
### DESCRIPTION OF PROPERTY TO BE SEARCHED

████████████████ Dagsboro DE 19939 (the "SUBJECT PREMISES"), which is more particularly described as white two-story single family residence, with a mailbox on the street with the number "200 on the mailbox and on the pole supporting the mailbox. There is also the letters "DERR " on the mailbox.

The front of the house has a wooden porch leading to the front door. The front door is white in color with a window on each side of the door. The garage for the house is on the left side of the house.

## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

a.  images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

   i.  any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

   ii.  books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

   iii.  originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

   iv.  motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

b. information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

   i.  envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256. Said records are to include

      communication with dykstra@hotmail.com account, and access to
http://mhumbu.badlink.net; http://pliac.hotfire.net, and; http://hualama.cjb.net.

      ii.    books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c. credit card information, including but not limited to billing and payment records, for all credit and check card accounts, including the check card account of Delaware National Bank, account ▉▉▉▉▉▉▉▉▉▉▉▉▉ issued to Brad Derrickson;

d. records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

e. records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access (to include Mediacom Communication Corp.), and handwritten notes.

## ATTACHMENT C

With respect to any videotapes, cameras, film, and any computer hardware, software, and digital storage media, authorization is hereby granted for ICE special agents, and other law enforcement officers under their direction, to remove such items from the premises in order for them to be processed off the premises at a later time for the items described on Attachment B.